GEORGE MOFFAT, ROB-ERT GILLESPIE, AND WILLIAM GILKINSON, EXECUTORS OF RI-CHARD PATTINSON, DECEASED, STEPHEN MACK, VOLTAIRE SPALDING, JAMES WILLIAMS, JOHN ABBOTT, AND ELIJAH CONVERSE *versus* ROBERT A. FORSYTH, ADMINISTRATOR, ETC., OF ROBERT A. FORSYTH, DECEASED, THOMAS ROWLAND, AND ROBERT ABBOTT. 

JOURNAL ENTRIES (1826–34): *Journal 4:* (1) Rule to plead, answer, or demur *p. 115; (2) motion to dissolve injunction and for leave to file answer *p. 133; (3) death suggested, injunction dissolved, motion for leave to file supplemental bill *p. 161; (4) motion for substitution as solicitor *p. 175; (5) plea set for argument *p. 207; (6) continued *p. 216; (7) leave given to file supplemental bill *p. 286; (8) motion for injunction *p. 290; (9) continued *p. 484; (10) continued *p. 518. *Journal 5:* (11) Continued *p. 31; (12) dismissed *p. 48.

PAPERS IN FILE: (1) Bill of complaint; (2) exhibit 1—complaint made before justices; (3) exhibit 2—defendants' plea before justices; (4) fiat of Judge Sibley for injunction; (5) writ of injunction, acknowledgment of service; (6) recognizance for injunction; (7) precipe for subpoena; (8) writ of subpoena and return; (9) motion to dissolve injunction; (10) motion for leave to file answer; (11) answer of Robert A. Forsyth; (12) exhibit A—notice to tenants; (13) exhibit B—notice to Stephen Mack; (14) affidavits of John Brunson and James Williams; (15) exceptions to answer; (16) suggestion of death, motion for leave to file an amended or supplemental bill; (17) order to stay proceedings; (18–19) writs of subpoena and returns; (20) plea of Robert A. Forsyth; (21) motion to set plea for hearing; (22) motion for injunction; (23) notice to John Brunson, proof of service; (24) supplemental bill.
*Chancery Case* 70 of 1826.

 JAMES NELSON *versus* JAMES CHITTENDEN, FRIEND PALMER, THOMAS PALMER, JOHN PALMER, AND ROBERT A. FORSYTH. 

JOURNAL ENTRIES (1826–28): *Journal 4:* (1) Continued *p. 116; (2) rule to plead, answer, or demur *p. 118; (3) bill taken as confessed *p. 148; (4) reference to master *p. 153; (5) leave given to answer, decree *p. 159; (6) deputy clerk ordered to perform duties of register *p. 203.

PAPERS IN FILE: (1) Bill of complaint; (2) security for costs; (3) precipe for subpoena; (4) writ of subpoena, acknowledgment of service; (5) motion for rule to plead, etc.; (6) motion to take bill as confessed; (7) motion for reference to master; (8) answer of Robert A. Forsyth; (9) master's report of amount due; (10) draft of order that deputy clerk perform duties of register; (11–12) copies of notice of sale; (13) stipulation for postponement of sale; (14) receipt for cost of publishing notice; (15) draft of deputy clerk's report of sale; (16) register's report of sale; (17) engrossed copy of original and supplemental decrees signed by two of the judges; (18) deed of mortgage—James Chittenden to Thomas Rowland; (19) deed of mortgage—James Chittenden to Friend, Thomas, and John Palmer; (20) assignment of mortgage—Chauncey S. Payne et ux to Robert A. Forsyth; (21) memo. of description of land.
*Chancery Case* 77 of 1826.

 .... JONES *versus* .... DORR AND .... STANTON. ....

JOURNAL ENTRIES (1826–28): *Journal 4:* (1) Motion for alias subpoena, continued *p. 116; (2) dismissed *p. 175.
PAPERS IN FILE: [None]
*Chancery Case* 78 of 1826.